**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7273**

JAMES CALHOUN-EL,

                   Plaintiff - Appellant,

          v.

BOBBY P. SHEARIN, Warden,

                   Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:13-cv-02056-RDB)

Submitted:  October 22, 2013        Decided:  October 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James A. Calhoun-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Calhoun-El appeals the district court's order dismissing his civil complaint and deeming that case a "strike" under 28 U.S.C. § 1915(g) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Calhoun-El v. Shearin, No. 1:13-cv-02056-RDB (D. Md. July 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED